IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| MICHAEL STEWART and SHANNON HOWARD,<br><br>    Plaintiffs,<br><br>  v.<br><br>TROUP COUNTY, GEORGIA and JAMES WOODRUFF, in his official capacity as Sherriff of Troup County,<br><br>    Defendants. | Civil Action Number:<br>3:13-cv-00208-TCB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants, by and through undersigned counsel, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with the parties to bear their own costs.


Respectfully submitted: January 7, 2014


|   |   |
|---|---|
|   | /s/ Jeff Kerr |
| MAYS & KERR LLC | Jeff Kerr, Esq. |
| 235 Peachtree Street NE | Georgia Bar No. 634260 |
| North Tower\| Suite 202 | jeff@maysandkerr.com |
| Atlanta, Georgia 30303 |   |
| Telephone:  (404) 410-7998 | Counsel for Plaintiffs |
| Facsimile:   (404) 855-4066 |   |

1

2

                    /s/ Donald W. Benson /s/
                    Donald W. Benson
                    Georgia Bar No. 052350
                    Attorney for Defendants

Hall Booth Smith, P.C.
191 Peachtree Street, N.E., Ste. 2900
Atlanta, Georgia 30303-1775
Telephone: (404) 954-5000
Facsimile: (404) 954-5020
dbenson@hallboothsmith.com